IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM WASHINGTON,<br><br>                Defendant. | 8:16CR149<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 40) is granted.

2. Defendant William Washington's sentencing is continued to January 19, 2017, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of November, 2016.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge